# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1128

_____

Jo Ann Hoffmann,

           Appellant,

     v.

Keith Ferguson, Sheriff, Benton
County, Arkansas; Captain Hunter
Petray, Benton County Detention
Center; Steve Bell, Little Flock
Police Department,

           Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the Western
District of Arkansas.

[UNPUBLISHED]

_____

Submitted: July 6, 2011
Filed: July 15, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Jo Ann Hoffman appeals the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 action. Upon de novo review of the record, see

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.

McKenney v. Harrison, 635 F.3d 354, 358 (8th Cir. 2011) (standard of review), we agree with the district court that defendants were entitled to summary judgment. We also find no basis for overturning the other orders Hoffman challenges on appeal. The judgment is affirmed, see 8th Cir. R. 47B, and we also deny Hoffman's motion to supplement the record.

_____